

666 Old Country Road
Suite 700
Garden City, NY 11530

Admitted in New York and Massachusetts

LAW OFFICE OF
**MARK E. GOIDELL**

Office: 516-683-0001
Cell: 516-459-4068
Fax: 516-228-0383
mark@goidell.com
www.goidell.com

## MEMO ENDORSED

December 1, 2021

Via ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re: *Kenneth Blanchette Food Consulting & Brokerage, Inc. v. Mill It, Inc.*
        Case No. 7:21-cv-07000-KMK

Your Honor,

  This office represents the Plaintiff in the above-referenced matter. This letter is submitted, on consent, to request that the initial conference scheduled for December 13, 2021 be adjourned because the matter has been settled subject to the execution of a written settlement agreement. We expect to be able to finalize the settlement agreement before the end of the year. Thank you for your assistance in this matter.

              Very truly yours,

              s/ Mark E. Goidell

              Mark E. Goidell

cc: Counsel for Defendant (Via ECF and Email)

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

12/1/2021